D/F

Granted. So ordered.



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
ATTORNEY GENERAL

BARBARA D. UNDERWOOD
SOLICITOR GENERAL

FEDERAL HABEAS CORPUS SECTION

May 18, 2010

**COURTESY COPY – ORIGINAL FILED BY ECF**
Honorable Allyne R. Ross
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

S/Judge Ross
USDJ
5/20/10
cc: Counsel

Re:   Johnathan Johnson v. Commissioner Martin F. Horn and Andrea W. Evans, Chairwoman
10-CV-073 (ARR)

Re:   Johnathan Johnson v. Commissioner Martin F. Horn and Andrea Evans
10-CV-1387 (ARR)

Dear Judge Ross:

I am an Assistant Attorney General in the office of Andrew M. Cuomo, Attorney General of the State of New York, counsel for respondents in connection with the parole-related claims in the two above-referenced habeas corpus matters. In both matters, the Queens County District Attorney's Office will represent respondents in connection with the claims related to petitioner's underlying state court convictions.

On March 22, 2010, this court extended our time to respond to the petition in case number 10-CV-073 from March 22 to May 22, 2010. We have requested no other extensions in either matter.

Although the two petitions stem from different state court convictions, the parole-related claims in each matter are identical. Therefore, we respectfully request permission to file a consolidated response to all the parole-related claims by June 22, 2010.

I have not contacted petitioner regarding this request because he is proceeding pro se and is incarcerated.

Page 2

    Thank you for your consideration.

                                            Respectfully submitted,

                                            ___/s/_____
                                            Paul M. Tarr
                                            Assistant Attorney General
                                            (212) 416-8785 phone
                                            (212) 416-8010 fax
                                            Paul.Tarr@ag.ny.gov

cc (by U.S. Mail):      Mr. Johnathan Johnson
                            # 89-A-1042
                            Upstate Correctional Facility
                            309 Bare Hill Road
                            P.O. Box 2001
                            Malone, NY 12953